UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSE SOLIS,

                      Plaintiff,          24 Civ. No. 1058 (PAE) (GS)

    -against-

                              **VIDEO STATUS CONFERENCE ORDER**

5 FRIENDS CORP and ABU KHALEF SHOWRAV

                     Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

    This action is scheduled for a Video Status Conference on **Wednesday, July 24, 2024 at 10:00 a.m.** Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [224 013 181 496] Passcode: [zvBRsR]**

    SO ORDERED.

DATED:    New York, New York
               May 29, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge