UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JOSE SOLIS,

                             Plaintiff,            **24 Civ. No. 1058 (PAE) (GS)**

      -against-                                    **ORDER**

5 FRIENDS CORP, *doing business as*
THAI CUISINE, and ABU KHALEF
SHOWRAV,

                            Defendants.

------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       Pursuant to the Case Management Plan and Scheduling Order, fact discovery in this case was to be completed by October 7, 2024. (Dkt. No. 15). In addition, the parties were scheduled to have a mediation on October 22, 2024. (*See* Dkt. Entry dated Sept. 3, 2024). Now that these dates have both passed, the parties are hereby directed to provide a joint written status update to the Court by no later than **Wednesday, November 6, 2024**.

       **SO ORDERED.**

DATED:    New York, New York
               October 29, 2024

                                                                              _____
                                                                              The Honorable Gary Stein
                                                                              United States Magistrate Judge