

VIA ECF

**Honorable Gary Stein United States District Court Southern District of New York**



01058-PAE-GS Solis v. 5 Friends Corp et a

Dear Judge Stein,

I write on behalf of all parties in the above-referenced matter to inform the Court that the parties have executed a settlement agreement, a copy of which is attached for your review. However, the plaintiffs are still awaiting receipt of a signed and notarized confession of judgment from the defendants.

Given this pending document, we respectfully request an additional week to finalize and submit all necessary settlement materials to the Court.

Application granted. The deadline to file all necessary settlement materials is extended to Monday, December 9, 2024.

SO ORDERED.

Dated: December 2, 2024
New York, New York

/s/
Lina Stillman
42 Broadway, 12th Floor
New York, NY 10004
Tel: (212) 832-1000
Fax: (212) 203-9115
LS@StillmanLegalPC.com

Gary Stein
United States Magistate Judge
Southern District of New York