# MEMO ENDORSED



Ian E. Smith
ian@spirelawfirm.com
407.494.0135

Spire Law, LLC
2572 W State Rd 426
Suite 2088
Oviedo, FL 32765

**spirelawfirm.com**

<u>Via Electronic Filing</u>　　　　　　　　　　　　　　December 23, 2024

The Honorable Gary Stein
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re.: *Solis v. 5 Friends Corp* (1:24-cv-01058)

Dear Judge Stein:

　　We represent Defendants, 5 Friends Corp and Abu Khalef Showrav ("Defendants"), in the above-referenced matter. On their behalf, we respectfully request an extension to file the settlement documents in this matter until January 13, 2025. The settlement documents have been prepared but due to the absence of Defendants during the Holiday Season, we are unable to finalize the documents.

　　This is the third and final request for an extension of this deadline. Defendants contacted Plaintiff to determine whether Plaintiff would consent or oppose Defendant's request. Plaintiff consents to the relief sought.

　　We thank the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　*/s/ Ian E. Smith*

　　　　　　　　　　　　　　　　　　　　　Ian E. Smith, Esq.
　　　　　　　　　　　　　　　　　　　　　Partner, Spire Law, PLLC



Application granted. The deadline for submission is extended to Monday, January 13, 2025, so that the parties may finalize their settlement documents.

SO ORDERED.

Dated: New York, New York
December 26, 2024

Gary Stein
United States Magistate Judge
Southern District of New York